# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

| | |
|---|---|
| BRUCE PATTERSON | PLAINTIFF |
| VS. | CIVIL ACTION NO.: 3:14-cv-247-MPM-JMV |
| UNITED STATES OF AMERICA | DEFENDANT |

## ORDER STAYING CERTAIN PROCEEDINGS

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling…a jurisdiction defense motion stays the attorney conference and disclosure requirements and all discovery **not related** to the issue pending the court's ruling on the motion, including any appeal." L.U. CIV. R. 16(b)(3)(B) (emphasis added). Because the defendant has raised the issue of jurisdiction by separate motion [3], staying certain proceedings is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** as aforesaid pending a ruling on the motion to dismiss for lack of jurisdiction. Should the parties desire to undertake jurisdiction related discovery, they should contact the court for scheduling of same. Defendant shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to dismiss and shall submit a proposed order lifting the stay.

**SO ORDERED** this, the 5th day of January, 2015.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**